■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES POWELL, Appellant. (Appeal No. 2.) [847 NYS2d 493]—Appeal from a judgment of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), rendered December 23, 2005. The judgment convicted defendant, upon his plea of guilty, of attempted arson in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Powell* (46 AD3d 1457 [2007]). Present—Scudder, P.J., Hurlbutt, Lunn, Fahey and Pine, JJ.